UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN BONNER,

     Plaintiff,

v.

SERGEANT MIKE GONDEK,

     Defendant.

Case No. 26-cv-12157

Honorable Robert J. White

## JUDGMENT

The Court has dismissed the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By:_ s/Tara Villereal_____
     Deputy Clerk

July 17, 2026

Approved: s/ Robert J. White_____
     Robert J. White
     United States District Judge